DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EMIGDIO TORRES-BENITEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-0485 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| EMIGDIO TORRES-BENITEZ,  aka Emigio Benitez Torres | ) | Date: December 2, 2008  Time: 9:30 a.m.  Judge: John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and Emigdio Torres-Benitez, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 2, 2008, be vacated and rescheduled for status conference on December 9, 2008 at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to meet and confer with defendant, who speaks only Spanish, for a possible change of plea and sentencing.

///

1     IT IS FURTHER STIPULATED that the period from December 2, 2008,
2 through and including December 9, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: November 26, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    EMIGDIO TORRES-BENITEZ

Dated: November 26, 2008

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney

                                    ******

**O R D E R**

IT IS SO ORDERED.

Dated: November 26, 2008

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge