1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 EMIGDIO TORRES-BENITEZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )  NO. CR-S-08-0485 JAM
                                )
13           Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                )  **STATUS CONFERENCE**
14      v.                       )
                                )
15 EMIGDIO TORRES-BENITEZ,      )  Date: January 6, 2009
       aka Emigio Benitez Torres )  Time: 9:30 a.m.
16                               )  Judge: John A. Mendez
           Defendant.            )
17                               )
_____ )
18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Daniel S. McConkie, Assistant United States Attorney,

21 and Emigdio Torres-Benitez, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for January 6, 2009, be vacated and rescheduled for

24 status conference on January 20, 2009 at 9:30 a.m.

25      This continuance is being requested because defense counsel needs

26 additional time to meet and confer with defendant, who speaks only

27 Spanish.

28 ///

1    IT IS FURTHER STIPULATED that the period from January 6, 2009,
2 through and including January 20, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: January 5, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
EMIGDIO TORRES-BENITEZ

Dated: January 5, 2009

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney

\*\*\*\*\*\*

**O R D E R**

IT IS SO ORDERED.

Dated: January 5, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge